1 | ANDRÉ BIROTTE JR.
United States Attorney
2 | SANDRA R. BROWN
Assistant United States Attorney
3 | Chief, Tax Division
PAUL H. ROCHMES (CA SBN 077928)
4 | Assistant United States Attorney
Room 7211 Federal Building
5 | 300 North Los Angeles Street
Los Angeles, CA 90012
6 | Telephone: (213) 894-2413
Facsimile: (213) 894-0115
7 | Email: paul.rochmes@usdoj.gov

8 | Attorneys for the United States of America,
Petitioner

9

10 | UNITED STATES DISTRICT COURT

11 | CENTRAL DISTRICT OF CALIFORNIA

**CV13-9286 CAS (JCx)**

13 | UNITED STATES OF AMERICA,      ) Case No. CV 13-
                                    )
14 | Petitioner,                    ) [PROPOSED] ORDER TO SHOW
                                    ) CAUSE
15 |        vs.                     )
                                    )
16 | DREW A. CICCONI,               )
                                    )
17 | Respondent.                    )
                                    )
18 |                                )
                                    )
19 |                                )
                                    )
20 | _____    )

21

22 |     Upon the Petition and supporting Memorandum of Points and Authorities,

23 | and the supporting Declaration to the Petition, the Court finds that Petitioner has

24 | established its prima facie case for judicial enforcement of the subject Internal

25 | Revenue Service ("IRS" and "Service") summonses. See United States v. Powell,

26 | 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); see also Crystal v.

27 | United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose,

28 | 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-

FILED
CLERK, U.S. DISTRICT COURT

DEC 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

ORIGINAL

LODGED

2013 DEC 18  AM 11:30
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

1

120 (9th Cir. 1995) (the Government's prima facie case is typically made through the sworn declaration of the Internal Revenue Service agent who issued the summons); accord, United States v. Gilleran, 992 F.2d 232, 233 (9th cir. 1993).

**THEREFORE, IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California in Courtroom No. _5_ ,

_x_ United States Courthouse
312 North Spring Street,
Los Angeles, California 90012

__ Roybal Federal Building and United States Courthouse
255 E. Temple Street,
Los Angeles, California 90012

__ Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street,
Santa Ana, California 92701

__ Brown Federal Building and United States Courthouse
3470 Twelfth Street, Riverside, California 92501

on February 24, 2014, at _10:00 a_.m,

and show cause why the testimony and production of books, papers, records and other data demanded in the subject Internal Revenue Service summonses should not be compelled.

**IT IS FURTHER ORDERED** that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served promptly upon Respondent by any employee of the Internal Revenue Service or by the United States Attorney's Office, by personal delivery, or by leaving copies of each of the foregoing documents at the Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or by certified mail.

2

1    **IT IS FURTHER ORDERED** that within ten (10) days after service upon

2  Respondent of the herein described documents, Respondent shall file and serve a

3  written response, supported by appropriate sworn statements, as well as any

4  desired motions.  If, prior to the return date of this Order, Respondent files a

5  response with the Court stating that Respondent does not desire to oppose the relief

6  sought in the Petition, nor wish to make an appearance, then the appearance of

7  Respondent at any hearing pursuant to this Order to Show Cause is excused, and

8  Respondent shall be deemed to have complied with the requirements of this Order.

9  \\\

10  \\\

11  \\\

12  \\\

13  \\\

14  \\\

15  \\\

16  \\\

17  \\\

18  \\\

19  \\\

20  \\\

21  \\\

22  \\\

23  \\\

24  \\\

25  \\\

26  \\\

27  \\\

28  \\\

1    **IT IS FURTHER ORDERED** that all motions and issues raised by the
2    pleadings will be considered on the return date of this Order.  Only those issues
3    raised by motion or brought into controversy by the responsive pleadings and
4    supported by sworn statements filed within ten (10) days after service of the herein
5    described documents will be considered by the Court.  All allegations in the
6    Petition not contested by such responsive pleadings or by sworn statements will be
7    deemed admitted.

8
9    DATED: This ____19th____ day of ____December____, 2013

10
11                          _christine a. Snyder_____
12
13                          United States District Judge

14

15   Presented By:

16
17   ANDRÉ BIROTTE JR.
     United States Attorney
18   SANDRA R. BROWN
19   Assistant United States Attorney
     Chief, Tax Division
20

21
     _____/S/_____
22   PAUL H. ROCHMES
23   Assistant United States Attorney
24   Attorneys for the United States of America, Petitioner

25

26

27

28

4